# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BOBBY LEE POSEY                                                                    PETITIONER

v.                              NO. 3:16-cv-00231 JLH/PSH

MARTY BOYD, Sheriff                                                                RESPONDENT

## ORDER

Upon oral motion, and for good cause shown, respondent Marty Boyd is given up to, and including, January 9, 2017, to file a response to the writ of habeas corpus filed by petitioner Bobby Lee Posey. The Clerk of the Court shall send a copy of this order to Mr. Grant DeProw by e-mail and by the United States Postal Service at Post Office Box 16931, Jonesboro, Arkansas 72401.

IT IS SO ORDERED this 5th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE