IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY LEE POSEY                                                              PETITIONER

v.                              NO. 3:16-cv-00231 JLH/PSH

MARTY BOYD, Sheriff                                                          RESPONDENT

## ORDER

Petitioner Bobby Lee Posey ("Posey") commenced the case at bar by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. In the petition and in an amended petition, he maintained that he was being detained in the Craighead County, Arkansas, Detention Center in violation of his constitutional rights. Respondent Marty Boyd ("Boyd") has now filed an answer to Posey's petition. In the answer, Boyd asked that the petition be dismissed because it is moot and, alternatively, because Posey is not entitled to habeas corpus relief.

Before giving serious consideration to the representations contained in Boyd's answer, the Court notifies Posey of his right to file a response. In the response, Posey should specifically address why his petition should not be dismissed for the reasons set forth by Boyd. Posey is given up to, and including, February 7, 2017, to file his response.

IT IS SO ORDERED this 18th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE