# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BOBBY LEE POSEY                                                                             PETITIONER

v.                                    NO. 3:16CV00231 JLH

MARTY BOYD, Sheriff                                                                        RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Bobby Lee Posey is dismissed. All requested relief is denied, and judgment will be entered for respondent Marty Boyd. A certificate of appealability is also denied. *See* Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts.[1]

IT IS SO ORDERED this 7th day of March, 2017.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court is not convinced that petitioner can make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. 2253(c)(2).