IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY LEE POSEY                                                                                    PETITIONER

v.                                            NO. 3:16CV00231 JLH

MARTY BOYD, Sheriff                                                                           RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Marty Boyd.

IT IS SO ORDERED this 7th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE